from the Appellant Court under §1397 Burns 1914, Acts 1901 p. 565.) *Reversed.*

*Thomas M. Honan, Frank P. Baker,* and *Gavin & Gavin,* for appellant.

*Ryan, Ruckelshaus & Ryan,* for appellee.

ERWIN, J.—The same questions are presented in this cause as those involved in *Indiana Board, etc.* v. *Haag* (1916), *ante* 338, 111 N. E. 178, and on the authority of that case the judgment in this cause is reversed with instructions to the court below to overrule the demurrer to the complaint.

---

## LANDIS ET AL. *v.* MITCHELL ET AL.

[No. 22,931. Filed March 17, 1916.]

From Huntington Circuit Court; *Samuel E. Cook,* Judge.

Action between Ira Landis and others, and Henry Mitchell and others, and from a judgment for Mitchell and others, this appeal is prosecuted. (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

*J. W. Moffett,* for appellants.
*W. A. Branyan* and *W. E. Branyan,* for appellees.

MORRIS,· C. J.—The same questions presented by appellants here were decided in *Cleveland, etc., R. Co.* v. *Marhsall* (1914), 182 Ind. 280, 105 N. E. 570, and on the authority of that decision the judgment involved in this appeal is affirmed.

---

## SCHOOL CITY OF TERRE HAUTE *v.* HONEY CREEK SCHOOL TOWNSHIP.

[No. 22,856. Filed May 17, 1916.]

From Clay Circuit Court; *John M. Rawley,* Judge.

Action by the School· City of Terre Haute against Honey Creek School Township. From a judgment for defendant, the plaintiff appeals. *Affirmed.*

*Davis, Bogart & Royse,* for appellant.
*Peter M. Foley, Thomas F. O'Mara,· Louis Leveque* and *A. J. Kelley,* for appellee.

LAIRY, J.—The questions presented by this appeal are in all things identical with those presented in the case of *School City* v. *Harrison School Tp.* (1916), *ante* 742, 112 N. E. 514. On the authority of the decision in that case, the judgment in this cause is affirmed.